IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEDEZHDA NEDASHKOVSKIY,

    Plaintiff,                                      CIV. NO. S- 10-1598 FCD GGH PS

    vs.

FIRST FRANKLIN FINANCIAL CORP., et al,

    Defendants.                               ORDER
_____/

        Defendants' amended motions to dismiss and to strike presently are calendared for hearing on August 5, 2010.  Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motions.  Accordingly, the court will not entertain oral argument, and will determine the motions on the record, including the briefing in support of the pending motions.  See E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The August 5, 2010 hearing on the amended motions to dismiss and to strike, filed July 1, 2010, is vacated; and

        2. The motions are submitted on the record.

DATED: July 20, 2010

                                                            /s/ Gregory G. Hollows

                                                            GREGORY G. HOLLOWS
                                                            U. S. MAGISTRATE JUDGE

GGH:076:Nedashkovskiy1598.vac.wpd