IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEDEZHDA NEDASHKOVSKIY,

    Plaintiff,                            CIV. NO. S-10-1598 FCD GGH PS

    vs.

FIRST FRANKLIN FINANCIAL CORP., et al,

    Defendants.                       ORDER

_____/

Defendants' amended motion to expunge plaintiff's notice of pendency of action presently is calendared for hearing on September 9, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 230(g).

Accordingly, IT IS ORDERED that:

1. The September 9, 2010 hearing on the amended motion to expunge plaintiff's notice of pendency of action, filed July 27, 2010, is vacated; and

2. The motion is submitted on the record.

DATED: September 2, 2010                  /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  U. S. MAGISTRATE JUDGE

GGH:076:Nedashkovskiy1598.vac2.wpd

1